UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

RICHARD JOHN PETERSON, )
        Plaintiff, )
                                          )   **JUDGMENT IN A CIVIL CASE**
   v. )
                                          )   **CASE NO. 7:15-CV-247-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the M&R and overrules the objections. Defendant's objections to the M&R [D.E. 18] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 12] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 14] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on March 14, 2017, and Copies To:**
Pamela Marie Henry-Mays                       (via CM/ECF electronic notification)

Marc D. Epstein                                       (via CM/ECF electronic notification)

DATE:                                     PETER A. MOORE, JR., CLERK
March 14, 2017                     (By) /s/ Nicole Briggeman
                                             Deputy Clerk