IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:15-cv-00247-D

RICHARD JOHN PETERSEN,

    Plaintiff,

v.

NANCY A. BERRYHILL,[1]
Acting Commissioner of Social Security,

    Defendant.

ORDER FOR PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,781.58 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Judgment Fund administered by the United States Treasury. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Pamela Henry-Mays, and mailed to counsel's office at 485 Madison Avenue, Suite 501, New York, NY 10022, in accordance with Plaintiff's assignment of the right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This __7__ day of July 2017.

*A. Dever*
JAMES C. DEVER III
Chief United States District Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).