UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD JOHN PETERSEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:15-CV-247-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,781.58 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Judgment Fund administered by the United States Treasury. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Pamela Henry-Mays, and mailed to counsel's office at 485 Madison Avenue, Suite 501, New York, NY 10022, in accordance with Plaintiff's assignment of the right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on July 7, 2017, and Copies To:**

| | |
|---|---|
| Pamela Marie Henry-Mays | (via CM/ECF electronic notification) |
| Marc D. Epstein | (via CM/ECF electronic notification) |

DATE:  
July 7, 2017

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Briggeman  
Deputy Clerk