UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

RICHARD JOHN PETERSON,            )
                                  )
            Plaintiff,            )
                                  )     **JUDGMENT IN A CIVIL CASE**
       v.                         )
                                  )     **CASE NO. 7:15-CV-247-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,               )
            Defendant.            )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ 27,000.00, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on October 30, 2018, and Copies To:**
Pamela Marie Henry-Mays                (via CM/ECF electronic notification)
Wanda D. Mason                         (via CM/ECF electronic notification)


DATE:                          PETER A. MOORE, JR., CLERK
October 30, 2018               (By) /s/ Nicole Sellers
                                Deputy Clerk